IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.   No. 25-MJ-1322-GBW

JORGE DE LA CRUZ,

    Defendant.

## UNOPPOSED MOTION TO CONTINUE GRAND JURY PRESENTMENT AND TOLL SPEEDY INDICTMENT COMPUTATION

COMES NOW Defendant **JORGE DE LA CRUZ**, by and through attorney of record, Cori A. Harbour, and hereby moves the Court to extend the time period for indictment in this matter for an additional thirty (30) days. In accordance with *United States v. Toombs*, 574 F.3d 1262 (2009), the Defendant by this motion, must create a sufficient record to justify the granting of the motion to continue. *See id.*, 574 F.3d at 1271 (requiring that the record on a motion to continue contain an explanation of why the mere occurrence of the event identified by the party as necessitating the continuance results in the need for additional time).

AS GROUNDS THEREFORE, Defendant would state as follows:

1. On May 8, 2025, a complaint was filed alleging Defendant violated 21 U.S.C. §§ 841 (a)(1) and (b)(1)(B), 18 U.S.C. § 924(c), and 18 U.S.C. § 922(g)(1) [Doc. 1]

2. On May 13, 2025, Defendant waived preliminary hearing in this case and granted the Government a total of 105 days from the date of arrest (May 8, 2025) to present the case to the grand jury for indictment. [Docs. 7 and 8]

3. The extended time period for indictment expires on or about August 21, 2025.

4. Counsel has not yet received discovery in this matter. An additional thirty (30) days for grand jury presentment should provide sufficient time to receive, review and discuss this discovery with Defendant, as well as time to allow the parties to undertake negotiations to determine whether a plea agreement can be reached or whether the case will proceed to trial.

5. Defendant is in agreement with this request to continue grand jury presentment in this matter. He understands that if this matter proceeded to an indictment, the Government may be unable to enter into a plea

agreement and would instead seek a higher sentence in this matter.

6. Assistant United States Attorney Kirk Williams does not oppose Defendant's request to extend the time for indictment herein.

7. It is in the best interest of justice that the period within which to indict be extended for an additional thirty (30) days. The time necessary to complete discovery review and negotiations is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A). Counsel believes that the ends of justice will be served by the granting of this motion. Counsel further believes that the need for a continuance of grand jury presentment in this matter outweighs the interest of the public and the defendant in a speedy trial.

WHEREFORE, PREMISES CONSIDERED, Defendant Jorge De La Cruz prays the Court enter an Order extending the time-period for indictment for an additional thirty (30) days to allow the defense to receive and review discovery and complete negotiations in this matter.

Dated: July 9, 2025                                              Respectfully submitted,

THE HARBOUR LAW FIRM, P.C.
701 N. Saint Vrain, Suite 203
El Paso, Texas 79902
Telephone: (915) 544-7600
Facsimile: (915) 975-8036
Email: cori@harbourlaw.net

3

By: */s/ Cori A. Harbour*
Cori A. Harbour

## CERTIFICATE OF SERVICE

I certify that on July 9, 2025, I caused the instant motion to be filed with the Clerk of the Court using the CM/ECF system that will serve all other parties entitled to service and notice.

*/s/ Cori A. Harbour*
Cori A. Harbour