IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**                                             **Case No. 25-MJ-1322-GBW**

**JORGE DE LA CRUZ,**

    **Defendant.**

### ORDER EXTENDING TIME LIMIT FOR GRAND JURY PRESENTMENT AND TOLLING SPEEDY INDICTMENT COMPUTATION

THIS MATTER is before the Court on Defendant's Unopposed Motion to Extend the Time Limit for Grand Jury Presentment and Toll Speedy Trial Computation. [Doc. 10] Defendant brings the Motion under 18 U.S.C. § 3161(h)(7)(A) and asserts that the ends of justice served by granting the unopposed motion to extend the time limit for grand jury presentment outweigh the best interests of the public and the defendant in a speedy indictment.

The Court having considered the motion, being fully advised in the premises and in light of the holding in United States v. Toombs, 574 F.3d 1262 (10th Cir. 2009), finds that Defendant has by his motion, created a sufficient record to justify granting the motion to extend the time limit for grand jury presentment. See id., 574 F.3d at 1271 (requiring that the record on a motion to continue "contain an explanation of why the mere occurrence

1

of the event identified by the party as necessitating the continuances results in the need for additional time"). The Court finds that it would be a miscarriage of justice for the Defendant not to have sufficient time to fully review the discovery in this matter and to schedule a pre-indictment plea to his benefit.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the ends of justice served by granting this motion to toll the speedy indictment computation outweigh the best interest of the Defendant and the public in a speedy indictment. Therefore, an additional period of time not to exceed thirty (30) days is hereby excluded from the computation of a Speedy Indictment pursuant to 18 U.S.C. § 3161(h)(7)(A).

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE