# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | NO. 25-MJ-01322 GBW |
| § | |
| JORGE DE LA CRUZ, § | |
| § | |
| Defendant. § | |
| § | |

## COUNSEL'S NOTICE OF UNAVAILABILITY

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Cori A. Harbour, court-appointed counsel for Defendant **JORGE DE LA CRUZ**, and files her Notice of Unavailability.

Counsel will be out of the office and unavailable for hearings on following dates:

September 8, 2025-October 1, 2025

October 23-24, 2025

November 3, 2025

November 7-11, 2025

Counsel respectfully requests that no matters be set during these time periods.

Respectfully submitted,

The Harbour Law Firm, P.C.
701 N. Saint Vrain, Suite 203
El Paso, Texas 79902
Telephone: (915) 544-7600
Facsimile: (915) 975-8036
Email: cori@harbourlaw.net

By:   /s/ *Cori A. Harbour*
Cori A. Harbour

1

## CERTIFICATE OF SERVICE

      I, Cori A. Harbour, do certify that on August 12, 2025, I caused the instant motion to be filed with the Clerk of the Court using the CM/ECF system that will serve all other parties entitled to service and notice.

                                            /s/ *Cori A. Harbour*
                                            Cori A. Harbour