IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 25-MJ-01322 GBW |
| **JORGE DE LA CRUZ,** | § § § | |
| Defendant. | § § | |

## NOTICE OF INTENTION TO ENTER GUILTY PLEA

COMES NOW, Defendant **JORGE DE LA CRUZ**, by and through his attorney CORI A. HARBOUR, and hereby gives notice that Defendant intends to enter a plea to the charge in this matter. Thus, Defendant provides notice to the Court of his intent to enter a guilty plea and further acknowledges that the time period from September 5, 2025, to the date of the change of plea hearing, should be excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(1)(D).[1]

---

[1] *See United States v. Hunter*, 9 F. App'x 857, 859-60 (10th Cir. May 24, 2001) (holding that the filing of a notice that the defendant wanted to change his plea "is treated as a pretrial motion requiring a hearing for purposes of the Speedy Trial Act," and that "the entire period between notifying the court that [the defendant] wanted to change his plea and the change-of-plea hearing itself was excluded for purposes of the Speedy Trial Act.")

Furthermore, due to counsel's unavailability, the undersigned requests the change of plea hearing be scheduled after October 1, 2025. *See* Doc. 12.

      Respectfully submitted,

      THE HARBOUR LAW FIRM, P.C.
      701 N. Saint Vrain, Suite 203
      Telephone: (915) 544-7600
      Facsimile: (915) 975-8036
      Email: cori@harbourlaw.net

By:    /s/*Cori A. Harbour*
       Cori A. Harbour

## CERTIFICATE OF SERVICE

I, Cori A. Harbour, do certify that on September 5, 2025, I caused the instant motion to be filed with the Clerk of the Court using the CM/ECF system that will serve all other parties entitled to service and notice.

/s/*Cori A. Harbour*
Cori A. Harbour